# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCK AND KEY PRODUCTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>CONFIRMED FREIGHT and DOES 1 to 300, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-08598-JAK-MAN<br><br>ASSIGNED FOR ALL PURPOSES TO: Hon. Judge John A. Konstadt<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**JS-6**<br><br>FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) |

**GOOD CAUSE APPEARING THEREFOR:**

The Complaint of Plaintiff is hereby dismissed with prejudice. The Counterclaim of Confirmed Freight LLC is hereby dismissed without prejudice.

Dated: September 17, 2013

_____
John A. Kronstadt
United States District Judge

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com